[No. 38163-0-II.  Division Two.  August 4, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LEON ROBERT HARSHMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-05847-0, Waldo F. Stone, J. Pro Tem., entered August 6, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 38731-0-II.  Division Two.  August 4, 2009.]

VIRGINIA CARRERA-AMARO ET AL., *Appellants*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-2-02585-2, Chris Wickham, J., entered March 7, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Penoyar, J.

[No. 59078-2-I.  Division One.  August 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN PALMER DOWDNEY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-14623-9, Nicole MacInnes, J., entered October 19, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Cox, J., concurred in by Becker and Lau, JJ.

[No. 60408-2-I.  Division One.  August 10, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY WYNN, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 05-1-00265-3, Dave Needy, J., entered July 19, 2007. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Becker and Cox, JJ.